```
 1  Jeff Stone, SBN 155190
    Eric Graves, SBN 179253
 2  Chris Gordon, SBN 221374
    STONE & GRAVES
 3  2377 Gold Meadow Way, Suite 210
    Gold River, CA 95670
 4  Telephone:  (916) 631-1522
    Facsimile:   (916) 631-1592
 5

 6  Attorneys for Plaintiffs JANET YOUNG
    and EDWARD YOUNG.
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12  JANET YOUNG and EDWARD       ) CASE NO.  05-CV-01639-FCD-GGH
    YOUNG,                       )
13                               ) ORDER ON STIPULATION TO FILE
              Plaintiffs,        ) FIRST AMENDED COMPLAINT FOR
14                               ) DAMAGES AND DEMAND FOR JURY
    v.                           ) TRIAL (F.R.C.P §15(a))
15                               )
    COASTAL ISLAND CHARTERS,     ) "AS MODIFIED"
16  MICHAEL BAUER, and LORI BAUER,)
                                 )
17            Defendants.        )
                                 )
18  _____)
```

19        Plaintiffs Edward Young and Janet Young ("Plaintiffs") and Defendants Coastal Island

20  Charters, Michael Bauer and Lori Bauer ("Defendants") have stipulated and agreed that

21  Plaintiffs shall be permitted to file a First Amended Complaint, a copy of which was attached to

22  the Stipulation to File First Amended Complaint for Damages and Demand for Jury Trial filed

23  on March 1, 2006.

24        The Court having considered the Stipulation to File First Amended Complaint for

25  Damages and Demand for Jury Trial and good cause appearing therefore,

26        **IT IS ORDERED** that:

27        Plaintiffs shall file the First Amended Complaint for Damages and Demand for Jury Trial

28  on or before March 10, 2006.

**IT IS FURTHER ORDERED that:**

Defendants' responsive pleading be filed within 20 days of the date the First Amended Complaint is filed.

Dated: March 3, 2006          /s/ Frank C. Damrell Jr.
                              HON. FRANK C. DAMRELL
                              JUDGE OF THE U.S. DISTRICT COURT