# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET YOUNG and EDWARD YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>COASTAL ISLAND CHARTERS,<br>MICHAEL BAUER, and LORI BAUER,<br><br>Defendants. | Case No.: 05-CV 01639-FCD-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

Plaintiffs JANET YOUNG and EDWARD YOUNG, and Defendants COASTAL ISLAND CHARTERS, MICHAEL BAUER and LORI BAUER, by and through their respective attorneys of record, hereby stipulate to the voluntary dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

**SO STIULATED.**

Dated: February 14, 2007               COX, WOOTTON, GRIFFIN,
                                       HANSEN & POULOS, LLP
                                       Attorneys for Defendants,
                                       COASTAL ISLAND CHARTERS,
                                       MICHAEL BAUER, and LORI BAUER


                                       By _____/S/_____
                                             Terence S. Cox

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

CNA..Huntress/2186

| | | |
|---|---|---|
| 1 | Dated: February 14, 2007 | STONE & GRAVES |
| 2 | | Attorneys for Plaintiffs, JANET YOUNG and EDWARD YOUNG |

By _____/S/_____
                    Jeff Stone

Pursuant to the above stipulation of counsel for the parties,

    IT IS HEREBY ORDERED that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the claims of JANET YOUNG and EDWARD YOUNG, are hereby dismissed with prejudice, all parties to bear their own costs and attorney's fees. The parties agree that this stipulation may be signed in counter-parts.

DATED: February 16, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

CNA..Huntress/2186

-2-    Case No. 05-CV 01639-FCD-GGH
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION